## UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
## NORTHERN DIVISION

**MARK DENNIS WEBB and**
**LISA HARRINGTON WEBB**                                         **PLAINTIFFS**

**v.**                                       **CIVIL ACTION NO. 3:21-cv-00038-HTW-LGI**

**SE GROCERS, LLC and**
**WINN-DIXIE MONTGOMERY, LLC**                            **DEFENDANTS**

### ORDER DENYING MOTION TO RECONSIDER SETTLEMENT CONFERENCE

This matter is before the Court on the Motion to Reconsider Settlement Conference [126] filed by Mark Dennis Webb and Lisa Harrington Webb on April 28, 2022. The Court, having considered the submission, the record, and relevant law, finds that the Motion to Reconsider Settlement Conference [126] shall be DENIED.

Plaintiff seeks relief from this Court's order cancelling the April 29, 2022 Settlement Conference, and requests that the conference go forward on that date. Federal Rule of Civil Procedure 16 grants the Court wide discretion in managing the pretrial phase of a case, which includes the authority to issue orders facilitating settlement of a case. This Court routinely engages parties in court-ordered settlement conferences and requires parties to submit confidential settlement memoranda at least seven (7) days in advance of the conference, as set forth in Local Rule 16(g)(5). Upon review of the memoranda submitted by the parties, the Court determined that a settlement conference at this juncture would not be productive, nor would it constitute the best use of judicial resources. The Court exercised its wide discretion and opted to cancel the scheduled conference. The cancellation is without prejudice to the parties' right to reschedule a settlement conference with the Court at a later time, should the positions of the parties change.

IT IS THEREFORE ORDERED that the Motion to Reconsider Settlement Conference [126] is denied. The parties are to confer with each other regarding the possibility of settlement, and should the position of the parties change as to the possibility of settlement, the parties shall contact the court to schedule a settlement conference at a mutually convenient time.

SO ORDERED this the 2nd day of May, 2022.

    /s/ LaKeysha Greer Isaac
UNITED STATES MAGISTRATE JUDGE